## KINDRED v. BLACK.

(Circuit Court of Appeals, Eighth Circuit. March 24, 1919.)

No. 5240.

APPEAL AND ERROR ☞849(1)—REVIEW—CAUSE TRIED TO COURT.

Where an action at law was tried to the court, jury being waived, a general finding for one party made, with no requests for general or special findings or declarations of law by the other party, the appellate court can review only the rulings of the trial court on the admission and exclusion of evidence.

In Error to the District Court of the United States for the Western District of Missouri.

Action at law by William L. Black against Luther P. Kindred. Judgment for plaintiff, and defendant brings error. Affirmed.

Charles W. German, of Kansas City, Mo. (James F. Getty, of Kansas City, Kan., and Haff, Meservey, German & Michaels, of Kansas City, Mo., on the brief), for plaintiff in error.

Roland Hughes and Francis M. Wilson, both of Kansas City, Mo., for defendant in error.

Before CARLAND, Circuit Judge, and AMIDON, District Judge.

CARLAND, Circuit Judge. Black sued Kindred to recover damages for false representations in the sale of real estate. A jury being waived, the case was tried to the court, with the result of a general finding for the plaintiff. There were no requests to find either generally or specially, or any requests to declare the law, made by Kindred. In this state of the record there is nothing for us to review, except errors in the exclusion or admission of evidence, and the error in this behalf specified and discussed in the brief has no merit. Section 700, Rev. Stat. (Comp. St. § 1668); Keely v. Mining Co., 95 C. C. A. 96, 169 Fed. 598; Mason v. United States, 135 C. C. A. 315, 219 Fed. 547.

Judgment affirmed.